UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-58(01)RM |
| | ) | |
| NATHAN L. STUART | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 18, 2008 [Doc. No. 13]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Nathan Stuart's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 2252A(a)(5)(B).

SO ORDERED.

ENTERED:   July 11, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court